UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | Case No. 1:13-cr-00130-BLW |
| v. | |
| CHRISTOPHER L. MYERS, | **ORDER CONTINUING TRIAL AND TRIAL READINESS CONFERENCE** |
| Defendant. | |

The Court has before it Defendant's unopposed Motion to Continue Trial and Trial Readiness (Dkt. 15) filed June 5, 2013. The Court having considered the pleadings shall grant the motion.

The Defendant and defense counsel request additional time for counsel to receive and review additional discovery and otherwise prepare an adequate defense for trial. Defendant requests 90 additional days, and the United States does not oppose.

The Court has reviewed the pleadings, and under the circumstances, finds that a continuance is needed to give defense counsel an opportunity to provide an effective defense. Thus, a continuance is warranted under 18 U.S.C. § 3161(h)(8)(B)(iv), which

authorizes a finding of excludable time when the refusal to grant a continuance would "deny counsel for the defendant . . . the reasonable time necessary for effective preparation . . . ." The interests of justice in allowing the defense time for effective preparation outweighs the Defendant's and the public's interest in a speedy trial under 18 U.S.C. § 3161(h)(8)(A).

However, the Court finds that an 84-day continuance is sufficient. The Court further finds that the period of time between the present trial date and the new trial date is excludable time under the Speedy Trial Act. Accordingly,

**IT IS HEREBY ORDERED THAT:**

1. The Motion for Continuance (Dkt. 15) is GRANTED, and the present trial date is VACATED. A new trial shall be set for **September 30, 2013 at 1:30 p.m.** at the Federal Building and U.S. Courthouse in **Boise, Idaho**.

2. The period of time between the prior trial date and the new trial date is EXCLUDABLE TIME under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A).

3. A telephonic trial readiness conference shall be held on **September 18, 2013 at 4:00 p.m.** The Government shall initiate the call with opposing counsel on the line to (208) 334-9145.

4. The Defendant shall file all pretrial motions on or before **August 30, 2013**.



DATED: June 10, 2013

_____
B. Lynn Winmill
Chief Judge
United States District Court